IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

MARTIN N. BELL   and
LT. GEN. JAMES LONGSTREET CHAPTER of      CASE: 5:20-cv-00338
MILITARY ORDER OF THE STARS AND BARS
GEORGIA SOCIETY INC.,
    Plaintiffs

VS

MACON-BIBB COUNTY, MAYOR ROBERT REICHERT,
AL TILLMAN, LARRY SCHLESINGER, ELAINE LUCAS,
BERT BIVINS III, VIRGIL WATKINS, JR.,
    Defendants

## PLAINTIFFS' MOTION TO REMAND

COME NOW Plaintiffs MARTIN N. BELL   and  LT. GEN. JAMES LONGSTREET CHAPTER MILITARY ORDER OF THE STARS AND BARS GEORGIA SOCIETY INC.,("Plaintiffs"), by and through its undersigned counsel, and moves the  Court to Dismiss the Defendants' Removal into this Court  of the original action which was filed in the Superior Court of  Bibb County, Georgia,  and remand to said Georgia court this case, showing  in support thereof:

1. The Courts of Georgia  are the proper and appropriate forums for the adjudication of the issues involved in this and similar cases  being

1

litigated throughout the State , at least one of which (Newton County) has already been appealed to the Court of Appeals of Georgia.

2. The sole legal reason Defendants filed their notice of removal in the Bib County Superior Court case was Plaintiffs' inclusion of Count II of its Complaint for Damages and Injunctive Relief ("Complaint") [Doc. 1-1, Exhibit 1 , Pages 2-12, filed hereinbefore by Defendants ] in the above-styled action, to wit, a count alleging First and Fourteenth Amendment violations under 42 U.S.C. § 1983 [Doc. 1-1, Count II, ¶¶ 32-37].

3. On September 2, 2020, Plaintiffs filed their first amendment to their Complaint in this Court removing from their complaint the said Count II 42 U.S.C. § 1983 claims.

4. This honorable Court has the inherent authority to decline jurisdiction of this matter and to dismiss the removal to federal court and remand the matter to the Superior Court of Bibb County wherein all parties can be assured of receiving fair and scholarly treatment of the issues involved in this case.

Respectfully moved this the 22nd day of September, 2020.

/s/ Walker L. Chandler

Georgia State Bar No. 120675
Attorney for Plaintiffs

Chandler and Chandler Law Group
101 Gleneagle Point
Peachtree City, Georgia 30269
walker@chandlerandchandlerlaw.com
770 468 6538

## CERTIFICATE OF SERVICE

I hereby certify that, on the date indicated below, I submitted this

**PLAINTIFFS' FIRST MOTION TO DISMISS**

to the Clerk of Court using the CM/ECF system, which will automatically send electronic mail notification of such filing to counsel of record.

    Duke R. Groover

    Lee M. Gillis

    S. Elizabeth Hall

    *Attorneys for Defendants*

This 1st day of September, 2020.

    */s/ Walker L. Chandler*_____
    Georgia State Bar No. 120675
    Attorney for Plaintiffs

Chandler and Chandler Law Group
101 Gleneagle Point
Peachtree City, Georgia 30269
walker@chandlerandchandlerlaw.com
770 468 6538

4