## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| **MARTIN N. BELL and LT. GEN. JAMES LONGSTREET CHAPTER OF THE MILITARY ORDER OF THE STARS AND BARS GEORGIA SOCIETY, INC.**, <br><br> Plaintiffs, <br><br> v. <br><br> **MACON-BIBB COUNTY, MAYOR ROBERT REICHERT, AL TILLMAN, LARRY SCHLESINGER, ELAINE LUCAS, BERT BIVINS, III, and VIRGIL WATKINS, JR.,** <br><br> Defendants. | Civil Action No. 5:20-CV-338 |

**ORDER**

Before the Court is Plaintiffs Martin N. Bell and Lt. Gen. James Longstreet Chapter of the Military Order of the Stars and Bars Georgia Society, Inc.'s Motion to Remand. (Doc. 15). The parties appeared before the Court for oral argument on November 18, 2020. Upon consideration, the Court declines to exercise supplemental jurisdiction over Plaintiffs' remaining state law claims. The Court accordingly **GRANTS** Plaintiffs' motion and **REMANDS** this action to the Superior Court of Bibb County.

**SO ORDERED** this 18th day of November, 2020.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**